E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDERSON LINE LIMITED, EXEL TRANSPORTATION SERVICES INC. and EXEL GLOBAL LOGISTICS INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CERTAIN MARITIME CARGO FORMERLY TRANSPORTED IN TWO MARINE SHIPPING CONTAINERS NUMBERED YMLU4890420 AND TEXU3615179, *in rem*,<br><br>Defendant. | Case No.: C-06-2641 MMC<br><br>**WARRANT FOR ARREST OF CARGO** |

TO THE U.S. MARSHAL:

GREETINGS:

WHEREAS, a Complaint has been filed by the plaintiff in the United States District Court for the Northern District of California, on or about April 19, 2006, against CERTAIN MARITIME CARGO FORMERLY TRANSPORTED IN TWO MARINE SHIPPING CONTAINERS NUMBERED YMLU4890420 AND TEXU3615179 ("Subject Cargo"), *in rem*, upon an admiralty and maritime claim for breach of a maritime

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

WARRANT                                                                 1

contract and failure to pay freight and attendant charges, for the reasons and causes in said complaint mentioned and praying for process of warrant for the arrest of said Subject Cargo and that all persons interested in the said Subject Cargo may be cited in general and special to answer the premises and all proceedings be had; and

    WHEREAS, this Court, after due consideration has signed an Order Requiring Issuance of a Warrant for Arrest of Cargo, etc.,

    NOW THEREFORE YOU ARE HEREBY COMMANDED to arrest the Subject Cargo and to take the same in your custody until further order of this Court respecting the same.

    YOU ARE FURTHER COMMANDED, to file this process in this Court with your return promptly after the execution thereof.

Dated: APR 2 5 2006

    Clerk, United States District Court

By: _____
    Deputy Clerk

Attorneys for plaintiff: Conte Cicala, Flynn, Delich & Wise LLP, One California Street, Suite 350, San Francisco CA 94111, Telephone: 415-693-5566 or 415-693-5562; Facsimile: 415-693-0410

~~Note: Claimant is required to file claim in the Clerk's office and to answer or except to said Complaint within the times above fixed; otherwise the Plaintiff may enter an Interlocutory or Final Judgment as may be proper.~~

This Warrant is issued pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

WARRANT   2