CONTE C. CICALA (173554)
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 693-5566
Facsimile: (415) 693-0410
Email: contec@fdw-law.com

Attorneys for Plaintiffs
HENDERSON LINE LIMITED; EXEL
TRANSPORTATION SERVICES INC.;
EXEL GLOBAL LOGISTICS INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDERSON LINE LIMITED, EXEL TRANSPORTATION SERVICES INC. and EXEL GLOBAL LOGISTICS INC.<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CERTAIN MARITIME CARGO FORMERLY TRANSPORTED IN TWO MARINE SHIPPING CONTAINERS NUMBERED YMLU4890420 AND TEXU3615179, *in rem*,<br><br>　　　　Defendant. | Case No.: C06-2641 MMC<br><br>[~~PROPOSED~~] **ORDER FOR SALE OF CARGO *IN REM***<br><br>(Admir. L.R. 9-2) |

The *ex parte* application of plaintiffs, HENDERSON LINE LIMITED, EXEL TRANSPORTATION SERVICES INC. and EXEL GLOBAL LOGISTICS INC. (collectively, "EXEL") for entry of default, default judgment and order for sale of came regularly before this Court. The Court has granted EXEL's Ex Parte Application for

[PROPOSED] ORDER FOR SALE OF CARGO IN REM
Case No. C06-2641 MMC

Entry of Default, Default Judgment, and Order for Sale of the defendant SUBJECT CARGO in rem.  **Therefore, for good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1.  The SUBJECT CARGO is hereby condemned to be sold by the United States Marshal for the Northern District of California. The sale shall take place on the next business day following satisfaction of the Notice of Sale requirements set forth in Admiralty Local Rule 9-2(a), at the hour of 10:00 a.m., or as soon thereafter as the SUBJECT CARGO may be sold.  The location of the sale shall be 99B South Hill Drive, Brisbane, California, Telephone Number 415-467-4500.  The sale shall be in accordance with the Marshal's rules and regulations governing such sales.

2.  Upon application by EXEL, the Clerk of the Court shall issue a Writ of Execution for the Sale of the SUBJECT CARGO.

3.  A Notice of Sale shall be published by the United States Marshal in "THE RECORDER" in accordance with Admiralty Local Rule 9-2(a) for at least six (6) days prior to the date of sale of the SUBJECT CARGO.

4.  EXEL may, at its option, effect such other advertisement as can be secured at a reasonable cost, and the expense of such advertisement is hereby approved as an administration expense, to be added to the Judgment, and recoverable from the proceeds of sale of the SUBJECT CARGO.

5.  The United States Marshal shall conduct the sale of the SUBJECT CARGO in such a manner that all bidders are identified and qualified to the satisfaction of the Marshal, prior to the conclusion of the sale.  Following the opening bid, if any, the

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

[PROPOSED] ORDER FOR SALE OF CARGO IN REM
Case No. C06-2641 MMC
2

1 Marshal shall only accept succeeding bids in minimum increments
2 of $1,000.00.
3     6.    The SUBJECT CARGO shall be sold on an "AS IS, WHERE IS"
4 basis at a public auction to the highest bidder, free and clear
5 of all liens and encumbrances.
6     7.    Except as otherwise provided herein, the successful
7 bidder will be required to pay to the United States Marshal in
8 accordance with Admiralty Local Rule 9-2(b) as follows:
9         (a) at least ten percent (10%) of the price by cash,
10         certified check or cashier's check payable to the
11         "United States Marshal" and drawn on a federal or state
12         chartered bank in good standing, prior to the close of
13         the auction; and
14         (b) the remaining up to ninety percent (90%) of the
15         price bid by cash, certified check or bank cashier's
16         check payable to the "United States Marshal" drawn on a
17         federal or state chartered bank in good standing, prior
18         to the confirmation of the sale by the court, or within
19         three (3) days of the dismissal of any opposition which
20         may have been filed, exclusive of Saturdays, Sundays
21         and legal holidays.
22     8.    Notwithstanding the foregoing, EXEL, or its designee,
23 shall be permitted to attend the sale and bid in the full amount,
24 or any part, of the Judgment in this action, without need for
25 EXEL to make payment of any cash or check.
26     9.    At the conclusion of the sale, the Marshal shall file a
27 written report to the Court of the fact of sale, the price
28 obtained and the name and address of the buyer.  The clerk of the

**FLYNN, DELICH & WISE LLP**
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

[PROPOSED] ORDER FOR SALE OF CARGO IN REM
Case No. C06-2641 MMC

3

1 court shall endorse upon such report the time and date of its
2 filing. If within 3 days, exclusive of Saturdays, Sundays and
3 legal holidays, no written objection is filed, the sale shall
4 stand confirmed as of course pursuant to Admiralty Local Rule 9-2
5 (c), without the necessity of any affirmative action by the
6 Court, and the Clerk upon request shall so state to the Marshal
7 in writing, provided that the buyer has complied fully with the
8 terms of purchase.

9     10. The proceeds shall be deposited in the registry of the
10 Court, after deduction of the Marshal's commissions and costs,
11 and will be held there pending further order of the Court.

12     11. Prospective bidders, upon written application to the
13 Substitute Custodian, Exel Global Logistics Inc., Attention Dale
14 Ezell, 99 B South Hill Drive, Brisbane, CA 94005, may make
15 arrangements on the day prior to the sale, or on such other date
16 as is convenient to the Substitute Custodian, for the purpose of
17 inspection of the SUBJECT CARGO prior to sale, provided that it
18 shall be at the sole risk and expense of such person making the
19 inspection.

21 DATED: \_\_\_\_June 12\_\_\_\_, 2006

23 _____
24     United States District Court Judge

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

[PROPOSED] ORDER FOR SALE OF CARGO IN REM
Case No. C06-2641 MMC

4