FLYNN, DELICH & WISE LLP
Conte C. Cicala (SBN 173554)
One California Street, Suite 350
San Francisco, CA 94111
(415) 693-5566



## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Henderson Line Limited, Exel Transportation Services, Inc. and Exel Global Logistics Inc.<br><br>v.          Plaintiff(s)<br><br>Certain Maritime Cargo Formerly Transported In Two Marine Shipping Containers Numbered YMLU4890420 and TEXU3615179, *in rem*<br>              Defendant(s) | CASE NUMBER:<br>CV- C06-2641 MMC<br><br>**WRIT OF EXECUTION** |

**TO:   THE UNITED STATES MARSHAL FOR THE         NORTHERN   DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On  June 12, 2006  a judgment was entered in the above-entitled action in favor of:
Henderson Line Limited, Exel Transportation Services Inc. and Exel Global Logistics Inc.

as Judgment Creditor and against: Certain Maritime Cargo Formerly Transported In Two Marine Shipping Containers Numbered YMLU4890420 and TEXU3615179, *in rem*

as Judgment Debtor, for:

$ ____459,989____  Principal,

$ _____  Attorney Fees,

$ _____3,939____  Interest **, and

$ _____7,071____  Costs, making a total amount of

$ ____470,999____  **JUDGMENT AS ENTERED**

**\*\*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** _____ NORTHERN _ **District of** California _____, to wit:

$ _____ accrued interest, and
$ _____ accrued costs, making a total of
$ _____ **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ _____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ _____ **ACTUALLY DUE** on the date of the issuance of this writ of which
$ _____ Is due on the judgment as entered and bears interest at _____ percent per annum, in the amount of $ _____ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: July 25, 2006

By: _____
        KAREN L. HOM
        Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
Certain Maritime Cargo
c/o Substitute Custodian D. Ezell
Exel Global Logistics
99B South Hill Drive
Brisbane, CA 94005-1215
```

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

---

CV-23 (6/01)        **WRIT OF EXECUTION**        PAGE 3 OF 3